IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re:<br><br>Robert Terry Winfree,<br><br>    Debtor<br>_____<br><br>TN Dental Professionals, P.C., and CPF Dental, LLC, d/b/a Marquee Dental Partners,<br><br>    Plaintiffs/ Counter-Defendants,<br><br>vs.<br><br>Robert T. Winfree, D.D.S. and Olivia Winfree,<br><br>    Defendants/ Counter-Plaintiffs. | Chapter 11<br><br>Case No. 3:20-01417<br><br><br><br><br><br><br><br><br><br>Adv. Proc. No. 3:20-90031 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In Re: Subpoena Served On<br><br>JT Palmer & Associates, LLC | Civil Action No. _____ |

**Order Granting
Non-Party J.T. Palmer & Associates, LLC's
Motion to Quash Subpoena Served by
Plaintiffs TN Dental Professionals, P.C. and
CPF Dental, LLC and Brief in Support Thereof**

Order Granting Motion to Quash and Brief in Support - Page 1

Pending before the Court is Non-Party J.T. Palmer & Associates, LLC's Motion to Quash Subpoena Served by Plaintiffs TN Dental Professionals, P.C. and CPF Dental, LLC and Brief in Support Thereof. After careful consideration 0f the Motion, all related filings, and the applicable law, the Court is of the opinion, and so finds, that the Motion is well taken and should be granted.

Accordingly, Non-Party J.T. Palmer & Associates, LLC's Motion to Quash Subpoena Served by Plaintiffs TN Dental Professionals, P.C. and CPF Dental, LLC and Brief in Support Thereof is, in all things, GRANTED.

IT IS SO ORDERED.

Signed this _____ day of _____, 2020.

_____
United States District Judge