IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re:<br>Robert Terry Winfree,<br>     Debtor<br><br>---<br><br>TN Dental Professionals, P.C., and CPF Dental, LLC, d/b/a Marquee Dental Partners,<br>    Plaintiffs/ Counter-Defendants,<br>vs.<br>Robert T. Winfree, D.D.S. and Olivia Winfree,<br>    Defendants/ Counter-Plaintiffs. | Chapter 11<br><br>Case No. 3:20-01417<br><br><br><br>Adv. Proc. No. 3:20-90031 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In Re: Subpoena Served On<br>JT Palmer & Associates, LLC | Civil Action No. 3:20-mc-00055-E |

### ORDER OF REFERENCE

Under the authority of 28 U.S.C. § 636(b), this case is hereby **REFERRED** to **United States Magistrate Judge David L. Horan** for hearing, if necessary, and determination.

**SO ORDERED**; signed July 16, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE