IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re:<br><br>Robert Terry Winfree,<br><br>     Debtor<br>_____<br><br>TN Dental Professionals, P.C., and CPF Dental, LLC, d/b/a Marquee Dental Partners,<br><br>     Plaintiffs/ Counter-Defendants,<br><br>vs.<br><br>Robert T. Winfree, D.D.S. and Olivia Winfree,<br><br>     Defendants/ Counter-Plaintiffs. | Chapter 11<br><br>Case No. 3:20-01417<br><br><br><br><br><br><br><br><br><br>Adv. Proc. No. 3:20-90031 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In Re: Subpoena Served On<br><br>JT Palmer & Associates, LLC | Civil Action No. 3:20-mc-00055-E-BN |

**<u>CERTIFICATE OF SERVICE</u>**

     Attached hereto as Exhibit "A" is a true and correct copy the Electronic Order (Doc. # 3) entered by the Court in the above-referenced matter pending in the Northern District of Texas. The undersigned certifies that he has served Exhibit "A" on all counsel of record in the underlying litigation in the United States Bankruptcy Court for the Middle District

Certificate of Service - Page 1

of Tennessee, *via* both electronic mail and U.S. Post Office Mail, return receipt requested on this day, July 16, 2019, as follows:

| | |
|---|---|
| Ryan K. Cochran<br>John E. Haubenreich<br>Melissa W. Jones<br>WALLER LANSDEN DORTCH & DAVIS LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>ryan.cochran@wallerlaw.com<br>john.haubenreich@wallerlaw.com<br>melissa.jones@wallerlaw.com | Certified Mail/Return Receipt Requested<br>7001 2510 0002 0581 0965 |

ATTORNEYS FOR TN DENTAL PROFESSIONALS, P.C.

| | |
|---|---|
| Griffin S. Dunham<br>Alexander S. Koval<br>DUNHAM HILDEBRAND, PLLC<br>2416 21st Avenue South, Suite 303<br>Nashville, TN 37212<br>griffin@dhnashville.com | Certified Mail/Return Receipt Requested<br>7001 2510 0002 0581 0958 |

ATTORNEYS FOR ROBERT T. AND OLIVIA WINFREE

| | |
|---|---|
| Timothy G. Niarhos Trustee<br>NIARHOS LAW GROUP PLC<br>1106 18TH AVE S<br>NASHVILLE, TN 37212<br>615-320-1101<br>tim@niarhos.com | Certified Mail/Return Receipt Requested<br>7001 2510 0002 0581 0941 |

TRUSTEE

| | |
|---|---|
| Jeffrey S. Grasl<br>Megan Reed Seliber<br>DEPT OF JUSTICE OFFICE OF US TRUSTEE<br>701 BROADWAY SUITE 318<br>NASHVILLE, TN 37203<br>jeffrey.s.grasl@usdoj.gov<br>megan.seliber@usdoj.gov | Certified Mail/Return Receipt Requested<br>7001 2510 0002 0581 0934 |

REPRESENTATIVE OF TRUSTEE

Paul A. Randolph, US Trustee
Kimberly C. Swafford, Assistant US Trustee
OFFICE OF THE UNITED STATES TRUSTEE
200 Jefferson Avenue, Suite 400
Memphis, TX 38103
c/o
Jeffrey S. Grasl                              Certified Mail/Return Receipt Requested
Megan Reed Seliber                    7001 2510 0002 0581 0934
DEPT OF JUSTICE OFFICE OF US TRUSTEE
701 BROADWAY SUITE 318
NASHVILLE, TN 37203
jeffrey.s.grasl@usdoj.gov
megan.seliber@usdoj.gov

REPRESENTATIVE OF TRUSTEE

                                                          */s/ Charles W. Fillmore*

Certificate of Service - Page 3

# Exhibit A

| | |
|---|---|
| **From:** | ecf_txnd@txnd.uscourts.gov |
| **Sent:** | Thursday, July 16, 2020 11:29 AM |
| **To:** | Courtmail@txnd.uscourts.gov |
| **Subject:** | Activity in Case 3:20-mc-00055-E-BN TN Dental Professionals PC et al v. Winfree et al Order Setting Deadline/Hearing |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

## Notice of Electronic Filing

The following transaction was entered on 7/16/2020 at 11:29 AM CDT and filed on 7/16/2020
**Case Name:**   TN Dental Professionals PC et al v. Winfree et al
**Case Number:**   3:20-mc-00055-E-BN
**Filer:**
**Document Number:** 3(No document attached)

**Docket Text:**
**ELECTRONIC ORDER: Any response to Non-Party J.T. Palmer & Associates, LLC's Motion to Quash Subpoena Served by Plaintiffs TN Dental Professionals, P.C. and CPF Dental, LLC [1] must be filed by July 27, 2020, and any reply must be filed by August 3, 2020. Non-Party J.T. Palmer & Associates, LLC's counsel is further ordered to, by July 17, 2020, serve a copy of this Electronic Order on all counsel of record in the underlying litigation in the United States Bankruptcy Court for the Middle District of Tennessee and to then file a certificate of service in this matter. The Court further notes that Plaintiffs' Motion to Compel JT Palmer and Associates, LLC to Produce Documents in Accordance with Subpoena is set for hearing in the Bankruptcy Court on July 21, 2020. (Ordered by Magistrate Judge David L. Horan on 7/16/2020.)**


**3:20-mc-00055-E-BN Notice has been electronically mailed to:**

John Michael McBride     enotices@mcbridelegal.com

H Dustin Fillmore, III     dusty@fillmorefirm.com, chad@fillmorefirm.com, marvin@fillmorefirm.com, sprovost@fillmorefirm.com

Charles W Fillmore     chad@fillmorefirm.com, dusty@fillmorefirm.com, marvin@fillmorefirm.com, sprovost@fillmorefirm.com

**3:20-mc-00055-E-BN The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**