IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Robert Terry Winfree, | ) Case No. 3:20-01417 |
| Debtor. | ) Judge Randal S. Mashburn |
| TN Dental Professionals, P.C., and CPF Dental, LLC, d/b/a Marquee Dental Partners, | ) |
| Plaintiffs/ Counter-Defendants, | ) |
| vs. | ) Adv. Proc. No. 3:20-90031 |
| Robert T. Winfree, D.D.S. and Olivia Winfree, | ) |
| Defendants/ Counter-Plaintiffs. | ) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re : | ) |
| Subpoena Served on J.T. Palmer & Associates, LLC | ) Civil Action No. 3:20-mc-00055-E-BN |

**APPENDIX TO TN DENTAL PROFESSIONALS, P.C., AND
CPF DENTAL, LLC, D/B/A MARQUEE DENTAL PARTNERS' RESPONSE
AND BRIEF IN OPPOSITION TO NON-PARTY J.T. PALMER & ASSOCIATES, LLC'S
MOTION TO QUASH SUBPOENA**

Plaintiffs TN Dental Professionals, P.C., and CPF Dental, LLC, d/b/a Marquee Dental Partners (collectively, "***CPF Dental***") files this Appendix Related to Plaintiffs' Response and Brief

4825-4708-4996

in Opposition to Non-Party J.T. Palmer & Associates, LLC's ("**JT Palmer**") Motion to Quash Subpoena:

| | |
|---|---|
| **Appendix A**: | Collective *Complaint* and *Amended Complaint* |
| **Appendix B**: | Debtor's *Chapter 11 Subchapter V Voluntary Petition for Relief* (Bankruptcy Proceeding, Dkt. No. 1) |
| **Appendix C**: | *Notice of Removal of State Court Action* (Bankruptcy Proceeding, Dkt. No. 9) |
| **Appendix D**: | *Affidavit of Dan Hodges* re Foreign Accounts (State Court Litigation, filed 1/30/2020) |
| **Appendix E**: | Collective *Affidavit of Olivia Winfree* re Foreign Accounts (State Court Litigation, *Defendant's Objection and Memorandum in Opposition to Motion for Temporary Restraining Order,* filed 1/31/2020) and *Affidavit of Robert T. Winfree, D.D.S.* re Foreign Accounts (State Court Litigation, *Notice in Support of Defendant's Objection to Memorandum in Opposition to Motion for Temporary Restraining Order* filed 1/31/2020) |
| **Appendix F**: | Debtor's *Response in Support of Motion to Compel* (Adversary Proceeding, Dkt. No. 33) |
| **Appendix G**: | *Subpoena to Produce Documents* (Adversary Proceeding, Dkt. No. 23) |
| **Appendix H**: | CPF Dental's *Motion to Compel JT Palmer and Associates, LLC to Produce Documents in Accordance with Subpoena* (Adversary Proceeding, Dkt. No. 31) |
| **Appendix I**: | JT Palmer's *Motion to Quash Subpoena* |
| **Appendix J**: | CPF Dental's *Notice of Withdrawal of Motion to Compel JT Palmer and Associates, LLC to Produce Documents in Accordance with Subpoena* on July 20, 2020 (Adversary Proceeding, Dkt. No. 42) |
| **Appendix K**: | Email correspondence from Griffin Dunham, Dr. Winfree's bankruptcy counsel, re Hermitage Investment Group |

4825-4708-4996

Dated: July 27, 2020            WALLER LANSDEN DORTCH & DAVIS, LLP

/s/ *Evan Atkinson*
Evan Atkinson (TX 24091844)
William R. "Trip" Nix (TX 24092902)
(*Admitted pro hac vice*)
100 Congress Ave., Suite 1800
Austin, TX 78701
Telephone: (512) 685-6400
evan.adkinson@wallerlaw.com
trip.nix@wallerlaw.com

*Attorneys for CPF Dental, LLC d/b/a Marquee Dental Partners and TN Dental Professionals, P.C.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Appendix was served via electronic mail and the Court's electronic filing system, this 27th day of July, 2020, to the following:

J. MICHAEL MCBRIDE, P.C.
John Michael McBride
6420 Southwest Blvd., Suite 112
Fort Worth, Texas 76109
(817) 877-1824 (office)
(817) 877-1797 (fax)
jmm@mcbridelegal.com
enotices@mcbridelegal.coml

-and-

THE FILLMORE LAW FIRM, LLC
Charles E. Fillmore
H. Dustin Fillmore, III
1200 Summit Avenue, Suite 860
Fort Worth, Texas 76102
(817) 332-2351 (office)
(817) 870-1859 (fax)
dusty@fillmorefirm.com
chad@fillmorefirm.com
sprovost@fillmorefirm.com
marvin@fillmorefirm.com

*Attorneys for JT Palmer and Associates, LLC*

-and-

Griffin S. Dunham
DUNHAM HILDEBRAND, PLLC
2416 21st Avenue South, Suite 303
Nashville, Tennessee 37212
615.933.5850
griffin@dhnashville.com

*Attorney for Robert T. Winfree, D.D.S. and Olivia Winfree*

                                          /s/ *Evan Atkinson*