UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

_____ & 　§
_Associates, LLC_　　　　　　§
　　　　　*Plaintiff*　　　　　§
　　　　　　　　　　　　　　§
　　　v.　　　　　　　　　　§　　Case No. _____
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
_____　　　§
　　　　　*Defendant*　　　　§

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**　Applicant is an attorney and a member of the law firm of (or practices under the name of) _____, with offices at

_____
(Street Address)

_____　　　_____　　_____
(City)　　　　　　　　　　　　(State)　　　　　　(Zip Code)

_____　　　_____
(Telephone No.)　　　　　　　　(Fax No.)

**II.**　Applicant will sign all filings with the name _____.

**III.**　Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified:
_____

Bar license number: _____  Admission date: _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:      Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

_____, who has offices at

_____
(Street Address)

_____
(City)            (State)            (Zip Code)

_____
(Telephone No.)            (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the _____ day of_____, _____.

Printed Name of Applicant

*William Nix*
Signature

Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Ste. 1800
Austin, TX 78701
trip.nix@wallerlaw.com