IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: <br><br> Robert Terry Winfree, <br><br>　　Debtor <br> _____ <br><br> TN Dental Professionals, P.C., and CPF Dental, LLC, d/b/a Marquee Dental Partners, <br><br>　　Plaintiffs/ Counter-Defendants, <br><br> vs. <br><br> Robert T. Winfree, D.D.S. and Olivia Winfree, <br><br>　　Defendants/ Counter-Plaintiffs. | Chapter 11 <br><br> Case No. 3:20-01417 <br><br><br><br><br><br><br><br><br><br><br><br> Adv. Proc. No. 3:20-90031 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In Re: Subpoena Served On <br><br> JT Palmer & Associates, LLC | Civil Action No. 3:20-mc-00055-E-BN |

### **NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

　　Please take notice that The Fillmore Law Firm, L.L.P. has moved their offices. The new address for the firm is as follows:

Notice of Change of Address – Page 1

                    201 Main Street, Suite 801
                    Fort Worth, Texas 76102.

All other contact information remains the same.

                    Respectfully submitted,

        By:      */s/ Charles W. Fillmore*
                    H. Dustin Fillmore III
                    State Bar No. 06996010
                    Charles W. Fillmore
                    State Bar No. 00785861

                    THE FILLMORE LAW FIRM, LLC
                    201 Main Street, Suite 801
                    Fort Worth, Texas 76102
                    (817) 332-2351 (office)
                    (817) 870-1859 (fax)
                    dusty@fillmorefirm.com
                    chad@fillmorefirm.com

    ATTORNEYS FOR NON-PARTY J.T. PALMER & ASSOCIATES, LLC

## CERTIFICATE OF SERVICE

    On September 15, 2020, this Notice of Change of Address was served on all counsel of record via the court's electronic filing system.

                                      */s/ Charles W. Fillmore*